Sens-0

FILED
CLERK, U.S. DISTRICT COURT

JUN 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 10-1402M |
|---|---|---|
| Plaintiff, | ) | ORDER OF PRETRIAL DETENTION |
| | ) | AFTER HEARING |
| v. | ) | (18 U.S.C. § 3142(i)) |
| Jose Manuel Rodriguez, | ) | |
| Defendant. | ) | |

I.

A.   (  ) Upon motion of the Government in a case that involves:

    1.   (  ) a crime of violence or an offense listed in 18 U.S.C. § 2332b(g)(5)(B), for which a maximum term of imprisonment of ten (10) years or more is prescribed; or

    2.   (  ) an offense for which the maximum sentence is life imprisonment or death; or

    3.   (  ) an offense for which a maximum term of imprisonment of ten (10) years or more is prescribed in the Controlled Substances Act, Controlled Substances Import and Export Act or Maritime Drug Law Enforcement Act; or

1             4.    ( ) any felony if defendant has been convicted of

2                    two or more offenses described in

3                    subparagraphs 1-3 above, or two or more state

4                    or local offenses that would have been

5                    offenses described in subparagraphs 1-3 above

6                    if a circumstance giving rise to federal

7                    jurisdiction had existed, or a combination of

8                    such offenses.

9             5.    ( ) any felony that is not otherwise a crime of

10                   violence that involves a minor victim, or

11                   possession or use of a firearm or destructive

12                   device or any other dangerous weapon, or a

13                   failure to register under 18 U.S.C. § 2250.

14 B.    Upon motion (✓) of by the Government ( ) of the Court <u>sua</u>

15      <u>sponte</u>, in a case that involves:

16           1.    ( ) a serious risk that defendant will flee;

17           2.    ( ) a serious risk that defendant will

18               a.    ( ) obstruct or attempt to obstruct justice;

19                   or

20               b.    ( ) threaten, injure, or intimidate a

21                    prospective witness or juror or attempt

22                    to do so.

23 C.    The Government ( ) is (✓) is not entitled to a rebuttable

24 presumption that no condition or combination of conditions will

25 reasonably assure defendant's appearance as required and the safety of

26 any person or the community.

27

28

2

II.

A. ( ✓ )     The Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required;

B. ( ✓ )     The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

III.

The Court has considered:

A. ( ✓ ) the nature and circumstances of the offense(s) charged;

B. ( ✓ ) the weight of the evidence against defendant;

C. ( ✓ ) the history and characteristics of defendant;

D. ( ✓ ) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release;

E. ( ✓ ) the Pretrial Services Report/Recommendation;

F. ( ✓ ) the evidence proffered/presented at the hearing;

G. ( ✓ ) the arguments of counsel.

///
///
///
///
///
///

3

IV.

The Court concludes:

A.   (✓) Defendant poses a risk to the safety of other persons
     and the community based on: _Current History_

     _____

     _____

     _____

B.   (✓) Defendant poses a serious flight risk based on: _____

     _lack of available bail resources; minimal tie to COCA._
     _foreign travel experience; lack of notable employment._

     _____

C.   (  ) A serious risk exists that defendant will:

          1.   (  ) obstruct or attempt to obstruct justice;

          2.   (  ) threaten, injure or intimidate a prospective
                    witness or juror or attempt to do so;

     based on:   _____

     _____

     _____

     _____

D.   (  ) Defendant has not rebutted by sufficient evidence to
          the contrary the presumption provided in 18 U.S.C.
          § 3142(e) that no condition or combination of
          conditions will reasonably assure the safety of any
          other person and the community;

     and/or

4

1            ( ) Defendant has not rebutted by sufficient evidence to

2               the contrary the presumption provided in 18 U.S.C.

3               § 3142(e) that no condition or combination of

4               conditions will reasonably assure the appearance of

5               defendant as required.

6       IT IS ORDERED that defendant be detained prior to trial.

7       IT IS FURTHER ORDERED that defendant be committed to the custody

8   of the Attorney General for confinement to a corrections facility

9   separate, to the extent practicable, from persons awaiting or serving

10  sentences or persons held in custody pending appeal.

11      IT IS FURTHER ORDERED that defendant be afforded reasonable

12  opportunity for private consultation with defendant's counsel.

13      IT IS FURTHER ORDERED that, on Order of a Court of the United

14  States or on request of an attorney for the Government, the person in

15  charge of the corrections facility in which defendant is confined

16  deliver defendant to a United States Marshal for the purpose of an

17  appearance in connection with a court proceeding.

18      DATED:     6/11/10

19

20                                         HONORABLE JACQUELINE CHOOLJIAN

21                                         United States Magistrate Judge

22

23

24

25

26

27

28